Scanlan *v.* Ayres.

---

No. 7424.

SCANLAN *v.* AYRES.

BILL OF EXCEPTIONS.—*Record.*—Where a bill of exceptions is not filed within the time granted by the court, it is not a part of the record.

From the Shelby Circuit Court.

*S. Major* and *A. Major*, for appellant.

*T. B. Adams* and *L. T. Michener*, for appellee.

WOODS, J.—The error assigned is the overruling of the motion for a new trial, which was asked solely on the ground that the finding and judgment of the court were not sustained by sufficient evidence, and were contrary to law. The bill of exceptions, purporting to show the evidence, was not filed within the time granted by the court therefor, and is, therefore, not a part of the record.

Judgment affirmed, with costs.